United States District Court
Southern District Of New York

RECEIVED
SDNY PRO SE OFFICE

2019 MAR 20 AM 11:04

S.D. OF N.Y.

Akee Abdul Jamiel
-V-
Chief Robert Mir and Detective Scott Galligan

Case# 17-CV-7559 (KMK)

I am the litigant in the above case submitting farther information informing and pleading for the court to farther investigate the police foul play and shine a light upon the police retaliation thats been haunting me for a few years.
    Upon my release from incarceration, and entering society. Due to my "1983' lawsuit against the law enforcement individuals mentioned above. The law enforcement retaliation continued and as you see it followed me to my place of work as I am currently suing the company I work for, due to law enforcement individuals who come to my job and inform my employer and my co-workers that I am a homo-sexual and a rat. Thats are the same reason or at least one of the reasons that I am suing the Sullivan county jail staff for.

    what more even shocking and terrifying that an unknown law enforcement individuals had Sent a street gang know as the latin kings after me, telling them that I'm snitching on them and the homo-sexual accusations. Two of the gang members approached me and informed me of such matter. I used to work third shift and the unknown law enforcement individuals used to tell them that I'm going to have sex with guys. tracking me through my smart phone. Mean while I'm going to work. The gang been following me for a while about a month ago they had approached me and informed me of such thing. They said to me that they told them that I am a rat which is not true because they really want me killed. The individuals that informed me don't believe them any more and the reason why is because that when they tell them I'm going to have sex at night where actually I'm going to work. Due to them following me and seeing that I work and come home, they did not believe them any more and came forward to inform me of this nightmare. Also told me to watch my back because member of law enforcement individuals after me and that supposedly they have heard as well that they are planning to plant a fire arm on me to arrest me and put me away for a long time.

Now with all due respect due to the courts I will get in to details and prove that this nightmare been going on for years. Since my first release from incarceration in 2008. And the reason why is because I have a brother who had committed a crime and fled the state while I were incarcerated. He were sentenced to 15 years absent. and currently wanted by the United States marshals and other members of law enforcements. Since my brother were wanted and can't be found, they had turned their attention to me and taunted me since 2008. They had spied on my smart phone devices and computers. Crashed two laptop and destroyed two emails that I can't access any more and even closed my indeed account a few times where I had to re do it over and over. My first email address is Businessmatters9@aol.com and my current one is willin2gotheextramile@outlook.com also just recently I had replace a hard drive in my MacBook

1

Pro that had crashed because a few months ago I sent an email to the White House. Reason why so I can't get a copy of that email. I have gotten cyber attacks on the daily basis in the past even my Xbox account got changed in front of my eyes and were changed to some gay name around 2015 through my wifi and couldn't ever connect and play on line. The cyber attacks I were getting were all coming from the 33rd precinct because that was the precinct near me. As I used to reside at 220 Wadsworth ave apt 603. New York NY 10033. as I used to reside with my roommate who still has the apt and the same exact wifi. I gave up on my xbox and a year later I decided to check it again and it were change to Unsocialgiant something that I had forgot. I guess this was changed by a good cop who had some type of pitty for me. I also had gotten a few messages from unknown numbers that can't be called back. One of the messages I had got was around 2016 in Monticello NY around Nov. the message said the exact words
(We're gonna catch you and make you suffer slow.) I swear I'm not making this up. I showed it to my girl friend Nyasia Field and also said that was creepy. Even My Apple ID and all of current devices. As of today I just sold my iPhone just to avoid them spying on me as my company that I work for Knew about me suing them before I even submitted the paper work.
How they know because they gave them heads up.

    In 2017 when I and my family reached out to lawyers to hire. As in the beginning the hired lawyers takes the money and when my court date is up he or she no show. When I contact them they say they're returning the money and they are not interested in representing me. And so on with the next lawyer till I reached out to a lawyer I knew in New York City By the name of Barry Goldberg who did take my case until a couple months later tried to dismiss him self from the case until I wrote to the New York Bar association labeled in exhibit (2) at the very beginning of my case that I had labeled in my earliest paperwork. Its attached here and still labeled exhibit 2. Barry Goldberg did tell my Girlfriend Nyasia Fields that infact the Monticello district attorney Ms Galligan Did indeed tell Mr. Goldberg they want to give a public defender even though I can afford an attorney at that time. Thats when that statement rose an eye brow and I decide to write to channel 7 News in New York City, also I had labeled it as exhibit #3 at the beginning, which also attached and labeled the same as before here with this paper work.
    I wrote my story to the channel 7 news asking them to do my story so it can be heard. Labeled as exhibit #1 and still attached as exhibit #1 along with this rest of the paper work.
As for Judge Labuta tried to give me the 15 years if it wasn't for me to write to the news and the New York bar association. If this isn't law enforcement retaliation then I don't know what retaliation is. they have decided to make me pay for my brother's crime. With all due respect I am only responsible for my own action and what they doing to me is completely against humanity.

I been suffering since 2008. As for the lawyers I had hired they indeed were asked to back off and leave me standing in front of Judge labuta as a retaliation against my brother. I'm asking for

 A Secret investigation by the FBI to investigate those criminals with badges for they are criminals who just did not get caught yet. And as you see my current lawsuit on my job is because of those law enforcement individuals who come to my place of work and tell my employer and my coworkers that I am a homo-sexual and I knew exactly where this came from. Because the correction officers in the Sullivan county jail did the same exact thing to me and now that same exact harassments followed me to the streets. Also Mr. Scott Galligan suspended my license for an assault warrant where I currently suffer from suspended license. More over to

the defamation of character is that when my name typed into google and searched the Monticello shooting incident shows up in seconds and shows my picture on the front that I am attaching as exhibit (A)

Now with all due respect who would hire me if they do a background check and see this made up background by the Monticello police dept. also my charges that I am charged with is criminal possession in the third degree labeled as exhibit (B) No where does it say shooting or charged for shooting. They are destroying me completely and I'm reaching out to you hoping that you can fix all this wrong doing and put a stop to this torture. I pray and hope that the court read this paper work carefully and will see that I'm not just some lunatic making this up. My brother Name is Haider Jamiel. Just check his name and you will see. Again thank you for taking the time out to read my paper work and I hope that you can shine a light upon this hardship that I have been going through. My recent lawsuit on my company case# 19-CV-01389-UA. Again this is for the same exact harassments I've got from the Sullivan county jail.

Respectfully

Akeel Abdul Jamiel
Printed Name

*[signature]*
Signature

Date: 3-14-2019

SCJ Jail
Akeel Jamiel
4 Bushnell Ave
Monticello NY 12701

Dec, 18th, 2017

Exhibit (3)

Lawyers name
Barry Goldberg
11 Park Place
New York, NY
Tel: 917-682-0364

BAR Association
42 West 44th Street
New York, NY. 10036

To whom it may concern.

I'm writing you this letter for help from your bar association, due to negligence, misrepresentation, and dishonesty from my lawyer Mr. Barry Goldberg, who coerce me into taking a plea deal, also conspired with the D.A. Galligan into making a fabricated charge along with the Scott Galligan the Detective of the Monticello Police Dept, who also our cousins with the D.A and Judge Labuda. Not only that Mr. Barry Goldberg had dismissed him self from the case and kept the money and refuses to show up at my 2 past court dates and now I have a court date coming up on Dec. 20th, 2017.

You'll find addition paper work along with this letter, explain my strong story. and if you take the time out to read it you'll see police foul play and violation of my constitutional rights...

Thank you in this matter.

Akeel Abdull Jamiel
Akeel Abdull Jamiel

Exhibit

Sullivan County Jail
Akeel Abdul Jamiel SCJ# 17-0384
4 Bushnell Ave
Monticello, NY. 12701

Eyewitness news 7
7 Lincoln Square
New York, NY. 10023

To Whom it May concern.

 I'm writing you today is because I'm hoping that you can shine a light upon a situation that went too dark from the begining of my case. one, I'm seeking help from you, in regards my Lawyer Mr. Barry Goldberg. 11 Park Place, New York, New York, 10007 Tel: 917-682-0364. Who had negligeted me and took my money, dismissed him self from my pending case. He did not show up for two courts dates and now I have a court date on Dec, 20th, 2017, and I don't have a counselor! More over, is my story enclosed with the letter for you guys to see the injustice and wrong both were being done by my lawyer and the D.A Ms. Galligan. I hope and pray that you can be of some help to my situation, and that my story be heard so I can get my money back from my attorney or continue representing me as he should've.

Thanking you in advance, and may God bless who ever going to handle my story.

      Respectfully yours
      Mr. Akeel Jamiel

Akeel Jamiel
4 Bushnell ave
Monticello NY 12701
scj# 17-0384


Exhibit (1)

On or about April 22nd 2017 a warrent were issued for my arrest for an assault charge in Monticello NY. County of sullivan. shortly after I was arrested out of state and extradited my self back to Monticello NY to fight the charges. during my court dates I reached out to lawyers to hire and I hired the first lawyer from monticello ny by the name of Daniel from st john street. in Monticello ny. spoke to me and said she were coming to represent me at my up coming court date. when my court date came and

I were brought back to stand before the judge; I found my self standing by my self with no lawyer! They brought me back to jail and I called ms. Daniel she replied back and said that she had dismissed her self from the case and she dont want anything to do with me and told me to tell my family to come get the money. She refunded the money back and I searched for another attorney and found one who were a decent lawer by the name of Glenn Kroll from wurtsboro NY. sullivan county as well he came visited me and talked to me about my case and also showed me some cases he was pround of and won in the past. Mr kroll also told me that he was coming to my court date and was going to defend me well! and that I should not worry. and when my court date came I found my self standing infront of the judge with no lawer once again. I asked the judge to give me more time to try and reach out to my new hired lawyer and I were granted two days. I called mr. Kroll and he also stated that he's not interested in representing me and that he's dismissing him self from the case; and returning the money back that my sister wired him. Again a second lawyer with the same excuse. finally I reached out to a my old lawyer who I had delt with in the past, Mr. Barry Goldberg. 11 park place New York. At first Mr Goldberg stated that the D.A Ms. Galligan called him back and said that my case was too much of a headache and therefore he should dismiss him self from the case. He also stated that the D.A office wanted him to leave me because they wanted to give me a public defender! Now why are these people forcing me to be prepresented by a public defender? Its obvious that wanted the charges to stick because all public defenders does is get a conviction. I had money to hire a lawyer but yet they're asking my paid lawyers to dismissed their selves from my case! and mr Barry Goldberg revealed some of the none sense to me and my girlfriend. in the begining he were fighting and investigating till the second court date he turned against me completely and started to ignor me. He also told my girlfriend that they don't have enough evidence against me for the assault charge and that the district attorney needed more time because her mother were dying etc. 20 grams were found on my kitchen table of powder cocaine for my personal use. three months later the D.A made a new report with new charges and no assualt chrges were mentioned but a new fabricated report stating that there were 73 grams of powder cocaine found in my possession. NOw how can 20 grams dramatically increase into 73 grams within 3 months? I got angry and told the judge that Iam not guilt of that fabricated report at the very begining before I took the following plea., which I were forced to take of 4yrs parole followed by 2 post release supervision with 3 months Willard program.

The judge keep refusing to sentece and he supposed to sentence me right after the plea agreement that we all agreed to, but he fuse over and over. His first reason was that he stated that I was
① innocent and that he's going to notify the federal authorities in regards to this. Because he was afraid because of the amount of over turned cases in his county. he stated that the federal authorities told him to report a such thing, and he refused to sentence me and sent me back to jail with two months time to return. That court date came and my lawyer did not show up but sent a public defender by the name of scott Russel, who came to represent me in regards to my sentencing date that I apeared for. I got called and stood before the judge and I was supposed to get sentenced once again and the judge refused to sentence me using a
— different reason this time ② The judge stated that my sentence was way too lenient and the amount of drugs was way too much in his county! The reason why is because the D.A ms Galligan got up and stated that I'm pleading guilty to the assualt charge and guilty for the amount of drugs which is not true and not part of the agreement. once again he refused to sentence me over and over even though I copped to a plea and signed. so adjorned it and I were sent back to the county jail. Then that date came as well and I were brought back to stand before that same judge again. I was called once again and stood infront of that judge with my lawyer helper Scott Russel and Judge Lubuda refused to sentece me
— for the third time. This time ③ he stated that I violated the agreement by saying I was not guilty at the very beginning when I saw the fabricated report way before I signed the agreement, and now he's using that as an excuse not to sentence me. he stated that since I violated the agreement Now he's going to sentence me to Ten years or up to Fifteen years in prison!!! He adjorned my court date again for Decemeber 20th of 2017. I went back to court on December 20th of 2017 and found my self standing alone infront of judge Lubuda with no lawyer what so ever! because my last lawer had dismissed him self from the case even though he were paid in full. I was given another court that falls on January 4th of 2018 this new year. with all due respect I'm very afraid that judge Lubuda that Ruthless judge is going to sentence me to 10 years or even more even though I copped out to 3 months Willard drug program with 4 yrs parole followed 2 yrs post release. As you see the different excuses he using just to sentence me to almost near a life in prison. I also witnessed him does this with a few inmates during my court dates. one of name Angel Molero. he agrees and the defendants sign and when they were brought back to get sentence he refuses to sentence them and ups the sentence and the defendats dont agree to his new offer and turns it down. in a net shell he make people sign and since they have signed they cant take their pleas back and if they do they the court will indict them. its a catch twenty two. I need all the help I can get from channel 7. its plain to see the police retaliation and the conspiracy thats going on in my case

2

As for judge Lubuda he's already under invenstigation by the federal autorities for the amount of over turned cases in sullivan county. He also known for his illegal sentencing.
I would like that my stange story to be investigated and the three lawyers I had hired to be interogated or should I say to be investigated and asked why and who called them and asked them to dismiss their selves from the case. I hope and pray that the lawyers cooperate by admitting to the truth. that they were being asked to back off or even report the individuals that asked them to do such thing. I'm even considering pressing charges against these lawyers but if they give up names and phone numbers of the individuals thats envolved in such conspiracy then I'm willing to drop the charges. I pray that my cries are being heard and hopefully a preporter or an I.G come interview me. Because there is so much to tell not to mention the correctional officers retaliation. I'm currently at the sullivan county jail. 4 Bushnell ave Monticello NY 12701

Thank you kindly in this matter.

Sincerly

Akeel Jamiel

*[signature]*

3





Exhibit (A)

# Suspect in Monticello shooting arrested in Pa.



▲ HIDE CAPTION

Akeel Abdul Jamiel  - PHOTO PROVIDED

**SUBSCRIBE NOW**   — 

Choose the plan that's right for you. Digital access or digital and print delivery.

**LEARN MORE**

### Search Results - FastPeopleSearch
FastPeopleSearch › address › 6703-forrer...



Kazim Jamiel Abdulzahrah. Lives in: Detroit, MI. Used to live: Detroit, MI, Akron, OH, Erie, PA. AKA: Kadim Jamiel Abdulzahra. Related to: Abdul ...

**IMAGES**  View All



### Akeel Jamiel - 1 Public Record Found - Instant Checkmate
⚡ Instant Checkmate › people › ak...

Addresses and Phone Numbers for Akeel Jamiel found. Quick access to 1 Public Record in New York and Pennsylvania.

### We Found Abdul Akeel | Search Public Records For Free
[Ad] www.beenverified.com/Reports

Exibit (B)

# CERTIFICATE OF CONVICTION

COUNTY COURT      STATE OF NEW YORK      SULLIVAN COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

VS
AKEEL ABDUL JAMIEL

(DATE OF BIRTH 07-01-1979)      INDICTMENT/SCI#: 2017-105W

I CERTIFY THAT THE ABOVE NAMED DEFENDANT WAS CONVICTED IN SULLIVAN COUNTY COURT OF

CHARGE      LAW/SECTION/SUBSECTION
CPCS 3RD      PL 220.16(12) B FELONY

ON SEPTEMBER 14, 2017, AND THE DEFENDANT WAS SENTENCED BEFORE THE HON. FRANK J. LABUDA, JUDGE OF SULLIVAN COUNTY COURT, STATE OF NEW YORK, ON JANUARY 8, 2018, TO THE FOLLOWING: FOUR YEARS PRISON WITH TWO YEARS POST RELEASE SUPERVISION; WILLARD PROGRAM; SURCHARGES WAIVED.

SO CERTIFIED,

*Sarah Katzman*

SARAH KATZMAN
CHIEF CLERK

DATED AT MONTICELLO, NEW YORK
FEBRUARY 26, 2018

State Of New York

# AFFIDAVIT OF SERVICE

State Of New York
County Of New York

I, Akeel Abdul Jamiel, being duly sworn, Says and deposes that I am the litigant in this case.

I reside at 544 Academy street Apt 41 A. New York, NY. 10034.
I am over the age of 18 years old.

On this day __Monday__ of March __18TH__ 2019. I enclosed an additional paper work pertaining to my case # 17-CV-7559 (KMK)
Addressed to the United States District court at 500 pearl street New York, NY.

I completed service by depositing a true copy of the aforesaid documents in a postpaid properly Addressed envelope at a post office or official depository under the exclusive care and custody Of the United States Postal Service.

__Akeel Abdul Jamiel__
Printed Name

## Notary Acknowledgement

State Of New York )
County Of New York )     (Seal )
                    )

The foregoing instrument was acknowledged before me this __18TH__ day Of __March__
2019, by me Akeel Abdul Jamiel the litigant subscribed to the within instrument.

_____
Signature

_____
Notary Public

SEBASTIANO MANCIAMELI
Notary Public - State of New York
No. 01MA6178339
Qualified in Queens County
My Commission Expires December 3, 2019

Bronx New York
Before me on 03-18-2019

1








# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

- Date of delivery specified for domestic use.
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.
- Order supplies online.
- When used internationally, a customs declaration may be required.

CERTIFIED MAIL

7016 3560 0000 2938 7388

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

1005
10007

**FROM:** Akeel Abdul
544 Academy st
New York, NY.

**TO:**
United States District
500 Pearl Street