United States District Court
Southern District of New York

1:17-CV-07559

June 1st 2020

To whom it may concern

Ladies and Gentlemen of the United States District court. I'm writing you today once again, respectfully requesting your help and assistance in my unfortunate life that had been made miserable for 12 years by U.S Immigration, their staff and as well as corrections and PD.

I don't know where to start? On what page and what year? My life were made a living hell by immigration officers, correctional guards and PD in every town and state.

Here I am in a new town where I live and yet the whole town knows my situation. How do strangers know my immigration report which is June 24th 2020. How do strangers know so much about me. As the whole town here talking about it. I have been told that on June 24th 2020 when I report, as I used to report once a year. And now I report every six months. Supposedly that they have prepared for me to hand cuff me, give me a beat down then deport me right away. What made me believe it is because they have mentioned my exact date. Even my co-workers at my both jobs are talking about it. Immigration is the same department that I also heard from strangers in this town that Immigration it the department that had framed me. Supposedly they have told Ms. Galligan the district attorney in Monticello NY. As Ms. Galligan told the forensic scientist to alter the report by changing the amount of drugs to an extreme amount of wight to up my crime and jail sentence. I couldn't believe what I have heard. Especially from strangers in this whole new town. I am being harassed even when I go grocery shopping. I am also being followed to my routes almost every day while I'm making my deliveries by those cowards. They are plotting on me supposedly planning to the winter come so they can put something on the road to make it look like an accident. As the routes I take are, route 4, route 9N,

HWY 22, HWY 190, and HWY 86 with other local mountain edge roads that are very slipper in the winter time. Those cowards are using the law and their badges to oppress me and plot my death.

May 23rd 2020 around 6:30 PM I went to Walmart to buy some groceries, I were followed by a white male driving a green/teal classic GTO talking on a walkie talkie following me around. Upon the completion of my groceries shopping, as I exited Walmart I were greeted by a nasty statement from a white female out side the doors of Walmart. I wanted to retaliate but I thought about PD and how they can't wait until I come in to their jail. They will oppress me even though I am the victim. But again I am a human and reacts to such hurtful verbal insults from those cowards who sending women at me and young men. I don't know how much and how long I'm going to take it before I completely lose my composure. At the same time I don't want to be a sitting duck for those cowards to shoot me in cold blood. And for what? What reason? What have I done? A question I would like for you to ask them ladies and gentlemen. Not too long ago they have sent a Spanish coward gang here to my hotel as they gave them access on my phone where my bank card number were stolen and money from my account. On May 19th 2020 at about 6:01 pm I have got an alert to my email about a 75 bucks charge to my card that were declined at a sunoco gas station in Queensbury NY. At the same time I were on my break from my second job, using my bank card at a sub-way in Queensbury NY. I notified my bank and they froze my card. I were giving a new card and the old card back cut to submit to you as evidence so you can catch the thieves hopefully they will testify on those cops that gave them access on my phone. I were forced to destroy my phone and throw it away and currently I am using a new phone and new number that they had already invaded where on Saturday May 30th 2020 I went to meet up to look at a place on 18 walnut street Hudson falls NY. I typed the address in my phone so the GPS can take me but it were disabled and could not show me one direction nor directs as the arrows never moves. I pulled over and downloaded the GPS app called waze and I have gotten the same exact results. I gave up and started asking people for directions. As for my new phone and number I will provide the number and the IMEI so you can catch anybody snooping on my phone and my bank information and accounts. Al-

though this had happened to me before with another bank and it was the same individuals I complained to you from. For the record my bank card never left my site and I always use it with the chip to pay and I pull it out the machine my self. I'm requesting investigation respectfully from your department. My card Number: 4482 3300 5147 3098 Expiration date 07/23 security code 848. TD Bank. Card enclosed with this paperwork. For the record I wanted to be known that a Spanish gang known as the Latin kings were working with the NYPD voluntary providing my phone numbers every time I change it to the NYPD assisting them with trying to indict me wrongfully as a retaliation to my lawsuit against the Monticello Police department. As they were trying to plant fire arms and drugs on me with the help of the Puerto rican gang. I wanted to be known that this gang are 100 % rats who used to call the cops on me in NYC assisting cops to arrest me. They also have oppressed me by calling the police on me every time I come out side. I wanted to be known so the streets can see those cowards who have violated their own street code and I hope this paperwork leaks out onto the street so they can get whats coming to them. On Monday May 25th 2020 I went fishing with my buddy by the name of Mark. They sent the police to my location once again to ruin my day. Later on that same day at about 9pm I were in front of my hotel close to the road I were grilling on the grill a red truck slowed down and a white female yelling to me did I get layed today. Harassment to my place or the place I live in. Not to mention that I'm being followed even when I go grocery shopping. I do not leave their site for one second. They walk around and watch me and what I'm buying. They even know the food that I eat. They are still sending the spanish gang to my hotel. They are sending trouble to my door hoping me and the spanish gang will kill each other. If I defend my self against the spanish coward gang they will win as they are praying on my arrest with their police dept and sheriff dept as well. Mr Brandon I mentioned to you before this paperwork I were giving information about him that some cop told him to leave the state as he did left the state. For the simple fact that he will crack and tell on PD that sent him here. I hope that you have spoke with my friend charlie the EX-United States Army Sargent who knows more information about the plot of my assassination that Mr. Brandon who knew who was coming to my hotel and that

they were waiting for them to ambush me. Mr. Confidential informant known as Brandon got mad at Charlie as Charlie were trying to give me heads up when I pulled up tired from work. I pray and hope that you can catch Brandon so he can testify on those dirty cops, correctional or even Immigration officers or co's. I even have heard that clan weather if they are correctional officers PD or perhaps a Cult. Were going to place a hit on me since they can't get me or wait until they get me inside to kill me. Honest to god the truth. I'm 40 years old and I have little girl who just recently turned 18 I have no plans on framing anyone nor am I making this up. I have not lied to you since my unfortunate life had forced me to seek your awesome justice. I am still being surveillanced by that clan and on May 29th 2020 around 11 or so PM. At whiteman's chevy dealer on Dix ave in Queensbury NY. Which is one of the sites that I work on for my second job that begins from 5pm-1:30 AM A young white male with a female came to my site looking at me through the windows watching me as I were vacuuming the hall ways, making sure I'm working and not out having gay sex according to them. I work 16 hours a day 5 days a week and I don't get a bit of a break from those cowards even during my working hours as I am going to inform you of more incidents and events with extraordinary evidence that proves every statement I made. After I got off that day two white trucks followed me to my hotel. Where there were a group of spanish brothers that they were giving heads up in regards to my arrival I am assured of them as correctional guards who were telling those individuals to ambush me and assassinate me. Perhaps a hit as they were telling them that I am supposedly snitching on them. Which is not true. They want me and the spanish brothers to kill each other. If this the so called police then god help us all. Their plan did not work As I heard the spanish brothers talk among each other as the walls in this dirty old hotel so thin. They had changed their mind and were saying that the police wants me dead. They continuously mixing me up in situations that are made up as their plan is to either get me killed or arrested. If me and the spanish brother would have engaged in combat weather If I win or lose they would have won either by killing me or arresting me even if its self defense. Its not fare to humanity, God or any other living human.

Those mafia PD, correctional guards, and Immigration officers are indeed are in a Cult and I am very sure of it now. A Cult is a gang basically and so are the Police.

Due to my lawsuit against the Monticello Police Department that had caused Judge Frank Labuda to resign/or step down is what I have heard. For my knowledge Judge Frank Labuda is an Elk. Elks have lodges/or clubs and they are like a gang. I did not mean to cause that Judge such trouble. I were framed by his Cousin Ms. Gallingan the district attorney who were told to do so by immigration.

And how did I know about this? That's because the whole county here are talking about it and the next county over. You won't believe the oppression that I went through from Immigration! Since 2005 until now. Upon the completion of this paperwork, I will file a complaint with the human rights department.

No other human should encounter such torture that I encountered. And for what? Just because I were born in the middle east and my religion is muslim? Not to mention they have caused me be single for over 12 years. Every woman or girl I ever talked to or dated, they have either text her or approached her and told her and got her to leave me. I don't know what they were telling them. The list goes on and on and there are things that I went through from those cowards you won't believe in my past.

Now on Thursday May 28th 2020. approximately at 2:57 pm I were followed again on I 87 South bound coming back from my deliveries. A white truck followed me and it seemed like they were timing my time of return and completion of my day of work. I slowed down pulled over to the side of the high way and waited for the truck. It did slow down but knew I knew they were following me. They continued. I waited and after a minute I got back on the through way and locked my cruize control on 55 mph in a 65 mph speed limit. 5 minutes later a silver van with a           girl pulled up on my left side and the girl flagged me and looked at her phone and said to the driver that's him. As she moved back the driver began to yell and waved his hand across his throat. The cut throat gesture. What I got from him that they were going to kill me and that I'm dead. I waved for him to pull over I lost my composure. He fled. I chased him trying to get his license plate number but he traveled at a speed exceeding 100 mph. I did 80 and he made my van like I were doing 40 mph. I picked up my phone and dialed 911

reported him as I continued trying to catch up to him. He zigzaged in between cars and I lost him for about 30 seconds. I caught up to him finally about a minute down the highway he got off exit 26. I slowed down he went over the over pass and got on I 87 traveling north this time. I picked up my phone and called 911 back. I spoke to a gentleman this time. I informed them that the suspect had fled on I 87 on the North bound and I were told that he will be taken care of. I got back to base and informed my supervisor by the name of Mike a just gentleman at the 295 Dix ave location in Queensbury NY. I believe my company had saw the whole episode on camera. A copy of my call log is attached as an exhibit (H). As of Friday of May 29th 2020, my company had changed my route of deliveries because of those cowards. I endured so many harassment on rte 4, hwy 22 and 9N that I lost count. Early morning of May 28th 2020 as early as 9 am. On I-4 a red truck driven by a white female who waved a rubber white penis at me as she mumbled some words with her passenger friends. God gave me a gift of reading lips and understanding three languages. I read lips and her comments were nasty and disgusting. Shortly after traveling to my first destination a state trooper traveling the opposite direction as he passed me he were slowing down and looking at me as if I did a crime or something. Those same women that harassed me had called or wanted me to be arrested or approached. I am 100 % sure now that this clan is in a cult and I am respectfully requesting your permission to defend my self. As those insults will not stop. Just a while ago someone had subscribed me to some democratic polls and elections which I never signed up for. Those emails were coming a lot to my email. Including an email from Joe Biden saying he will be honored if I joined his campaign. I replied back with a bad comment and told him Trump for ever. Mr. Biden is a thief and hope he gets caught. May God bless Trump for eternity. From now and on I keep a note book in my working vehicles and will continue to document the harassments as they are not stopping. I've also gotten some intel on the harassment and insults that I've been getting is coming from sullivan county. Honsest to god the truth. Also I will be moving to my place on 65 Hudson st. South Glenn Falls NY where I also heard they are waiting for me to move in so they can send the sapnish to burn my place while I'm sleeping. What a pathetic cowards.

Ladies and gentlemen I work two jobs 16 hours a day and I hope this blessing from God continues as those mafia trying to get me fired from my jobs. I love my jobs and I am grateful to God and to the United States Of America for givning me two jobs and allowing me to pay taxes and be a productive member in society. Again May god bless my favorite President Mr. Donald J Trump the greatest man of our times. With that ladies and gentlemen I appreciate the time that you will take to read my unfortunate life story and hardship that I am going through for all those years and still are.

My phone number is (917) 714-5438. my IMEI number is 35 928206 262362 5 serial number F17-PLRMWG5MN MODEL NUMBER MG472J/A MEID 35928206262362. By signing below I consent for the authorities to monitor who ever breach in on my telephone and bank account etc.

Sincerely

Akeel Jamiel

Date: 6/01/2020

Respectfully Submitted

Akeel Jamiel
2191 Route 9
Lake George NY 12845
Tel:(917) 714-5438

 4:10 PM 

< Recents

# 911

   
message    call    WhatsApp        pay



Exhibit (H)

## Today

| 3:06 PM | **Outgoing Call** | 49 seconds |
| 3:01 PM | **Outgoing Call** | 2 minutes |

Share Contact

Share My Location

Create New Contact

Add to Existing Contact

Block this Caller

Favorites     Recents    Contacts    Keypad     Voicemail





**Retail**

**POSTAGE PAID**

**$7.75**  Origin: 12801
06/01/20
3532450801-17

MAIL 2-DAY ®

0 Lb 3.00 Oz

1004

Y: 06/04/20

C004

)601-4140

NG®NUMBER



0153 4434 84

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

IF Oct 2018
12 1/2 x 9 1/2

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Akeel Jamiel
2191 state Rte 9
Lake George NY 12845

TO: United States District court
300 Quaropas street
white Plains NY 10601



Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

ximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.